AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CHESLER, STANLEY R. | UNITED STATES DISTRICT COURT | 07/07/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR DISTRICT JUDGE | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

FRANK R. LAUTENBERG U.S. COURTHOUSE &
POST OFFICE BUILDING
2 FEDERAL SQUARE
NEWARK, NJ 07101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CHESLER, STANLEY R.** | 07/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Naples Roundtable - Leahy Institute of Advanced Patent Studies | 2/17/19 to 2/19/19 | Naples, FL | Educational Program | Transportation, lodging and meals |
| 2. | Intellectual Property Owners Association | 9/24/19 to 9/25/19 | Washington, DC | Meeting of Professional Organization | Transportation, lodging and meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CHESLER, STANLEY R.** | 07/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Midcap Fund | B | Distribution | K | T | | | | | |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. Fidelity Spartan 500 Index Fund | A | Dividend | K | T | Buy | 01/01/19 | J | | |
| 4. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 5. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 6. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 7. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 8. | | | | | Buy (add'l) | 06/01/19 | J | | |
| 9. | | | | | Buy (add'l) | 07/01/19 | J | | |
| 10. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 11. | | | | | Buy (add'l) | 09/01/19 | J | | |
| 12. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 13. | | | | | Buy (add'l) | 11/01/19 | J | | |
| 14. | | | | | Buy (add'l) | 12/01/19 | J | | |
| 15. Fidelity N.J. Muni Money Market Fund | A | Dividend | J | T | | | | | |
| 16. NJ Trans TR Bond | C | Interest | K | T | | | | | |
| 17. NJ Transit Bond | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Bayonne NJ Gen. Improvement Bond | A | Interest | | | Redeemed | 07/01/19 | J | A | |
| 19. FIA Card Services RASP | A | Interest | J | T | | | | | |
| 20. Port Authority of NY & NJ Bond | B | Interest | | | Redeemed | 09/16/19 | L | B | |
| 21. Triboro B & T Authority Bond | B | Interest | K | T | | | | | |
| 22. CIT Bank | C | Interest | M | T | | | | | |
| 23. Edison Township Bond | A | Interest | J | T | | | | | |
| 24. Edison Township Bond | B | Interest | K | T | | | | | |
| 25. NJ State Trans. Auth. Bond | A | Interest | | | Redeemed | 01/02/19 | J | A | |
| 26. NJ State Trans. Auth. Bond | A | Interest | | | Redeemed | 12/16/19 | J | A | |
| 27. NJ Econ. Development Auth. Bd. | A | Interest | J | T | | | | | |
| 28. NJ Trans. Auth. Bond | B | Interest | K | T | | | | | |
| 29. Celgene Bond | A | Interest | | | Redeemed | 05/15/19 | K | A | |
| 30. McKesson Bond | A | Interest | | | Redeemed | 03/15/19 | J | A | |
| 31. Verizon Bond | A | Interest | | | Redeemed | 05/06/19 | K | A | |
| 32. Spartan 500 Index Fund | D | Dividend | N | T | | | | | |
| 33. Synchrony Bank | D | Interest | M | T | | | | | |
| 34. Live Oak Bank | D | Interest | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ally Bank | D | Interest | J | T | | | | | |
| 36. NJ State Trans Bond | A | Interest | J | T | | | | | |
| 37. NJ Economic Dev Bond | A | Interest | J | T | | | | | |
| 38. NJ State Trans Bond | B | Interest | K | T | | | | | |
| 39. NJ Economic Dev Bond | A | Interest | K | T | | | | | |
| 40. NJ Economic Dev Bond | A | Interest | K | T | | | | | |
| 41. Port Authority of NY & NJ Bond | A | Interest | | | Redeemed | 09/06/19 | J | A | |
| 42. NJ Economic Development Bond | B | Interest | K | T | | | | | |
| 43. NY Muni Water Authority Bond | A | Interest | K | T | | | | | |
| 44. NY MTA Bond | B | Interest | L | T | | | | | |
| 45. NY 529 Direct Plan (H) | | | | | | | | | |
| 46. - Vanguard Growth Stock Index Portfolio | A | Dividend | J | T | | | | | |
| 47. - Vanguard Value Stock Index Portfolio | A | Dividend | J | T | | | | | |
| 48. Merrill Lynch Preferred Deposit Bank Acct | A | Interest | M | T | | | | | |
| 49. Port Authority of NY & NJ Bond | C | Interest | L | T | | | | | |
| 50. NYC HDC MFH Bond | A | Interest | K | T | | | | | |
| 51. NYC General Obligation Bond | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CHESLER, STANLEY R. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NYC General Obligation Bond | A | Interest | K | T | | | | | |
| 53. Port Authority of NY & NJ Bond | A | Interest | J | T | | | | | |
| 54. Goldman Sachs Bank | A | Interest | | | Closed | 06/11/19 | K | A | |
| 55. Bank of India Cash Account | A | Interest | | | Closed | 03/22/19 | K | A | |
| 56. JP Morgan Bank Cash Account | D | Interest | | | Closed | 11/16/19 | M | D | |
| 57. Morgan Stanley Bank Cash Account | B | Interest | | | Closed | 11/15/19 | L | B | |
| 58. Beal Bank Cash Account | A | Interest | | | Open | 06/19/19 | K | | |
| 59. | | | | | Closed | 12/26/19 | K | A | |
| 60. Bank of China Cash Account | A | Interest | K | T | Open | 12/16/19 | K | | |
| 61. Bank of Baroda Cash Account | A | Interest | | | Open | 06/11/19 | K | | |
| 62. | | | | | Closed | 12/16/19 | K | A | |
| 63. Texas Capital Bank Cash Account | A | Interest | | | Open | 05/21/19 | K | | |
| 64. | | | | | Closed | 11/29/19 | K | A | |
| 65. Park Bank Cash Account | A | Interest | | | Open | 05/03/19 | L | | |
| 66. | | | | | Closed | 11/02/19 | L | A | |
| 67. Chase Bank Cash Account | A | Interest | L | T | Open | 11/12/19 | L | | |
| 68. NJ EDA Motor Vehicle Bond | A | Interest | L | T | Open | 11/12/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CHESLER, STANLEY R.** | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Federated Institutional Money Market Account | B | Interest | M | T | Open | 09/27/19 | M | | |
| 70. Merrick Bank Cash Account | A | Interest | M | T | Open | 11/29/19 | M | | |
| 71. Pacific City Bank Cash Account | A | Interest | M | T | Open | 11/29/19 | M | | |
| 72. Capital One Bank Cash Account | A | Interest | L | T | Open | 11/25/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CHESLER, STANLEY R.** | 07/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ STANLEY R. CHESLER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544